Hershel Cline, appellant, v. H. D. Junkin, M. D., and Paris Hospital, appellees. Gen. No. 9,131.

Opinion filed January 24, 1939.

Harry I. Hannah, for appellant; Thos. R. Figenbaum, of counsel. Cotton & Nichols and Acton, Acton & Baldwin, for appellees; W. M. Acton, of counsel.

Mr. Justice Hayes delivered the opinion of the Court.

E. O. Mayer, appellee, v. Burton A. Tyler and Kate E. Tyler, appellants. Gen. No. 9,134.

Opinion filed January 24, 1939.

B. A. Tyler, for appellants. Trapp & Trapp, for appellee.

Mr. Justice Hayes delivered the opinion of the court.

Bituminous Casualty Corporation, appellant, v. John C. Koehn, Jr., trading as Merchants Delivery, appellee. Gen. No. 9,165.

Opinion filed January 24, 1939.

J. R. Dean, for appellant. Oliver D. Mann, for appellee.

Mr. Justice Hayes delivered the opinion of the court.